# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: <br><br>**CYNTHIA ANNE BENNETT,** <br><br>Debtor. | Case No. 20-00828-NGH <br><br><br>Chapter 13 |

## ORDER DISMISSING CASE

On March 23, 2020, the Court entered an order barring Cynthia Anne Bennett from filing another bankruptcy case for 180 days. *See* Case No. 20-00207-TLM at Doc. No. 32. On September 10, 2020, Cynthia Anne Bennett submitted a chapter 13 voluntary petition. Such submission was made within the 180-day period barred by the March 23, 2020 Order. As Ms. Bennett is barred from being a debtor in the above captioned case,

IT IS HEREBY ORDERED that the case is DISMISSED, and no stay went into effect upon the filing of the petition commencing this case.

DATED: September 10, 2020

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER DISMISSING CASE - 1